**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JESUS JOSE ROBLEDO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESUS JOSE ROBLEDO, <br><br> Defendant. | Case No.: 1:19-CR-00014 DAD/BAM <br><br> **ORDER FOR WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT ON SUPERSEDING INDICTMENT** |

It is hereby ordered that pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure, and pursuant to Defendant's signed waiver of appearance in compliance with Rule 10, Defendant's appearance at his arraignment of the Superseding Indictment is waived. Through his Waiver of Appearance, Defendant has tendered a plea of not guilty to each of the charges in the Superseding Indictment and denied the forfeiture allegation. This plea and denial are entered. The status conference set for June 10, 2019 at 1:00 in Department 8 remains as previously set.

IT IS SO ORDERED.

Dated: __June 5, 2019__                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

1