MCGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JESUS JOSE ROBLEDO,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:19-CR-00014-DAD-BAM<br><br>MOTION TO DISMISS SUPERSEDING INDICTMENT; ORDER |

Jesus Jose Robledo is charged in a Superseding Indictment with Conspiracy to Commit Armed Bank Robbery, Attempted Armed Bank Robbery, and Carrying a Firearm During and in Relation to a Crime of Violence. Dkt. 77, Superseding Indictment. Robledo has pleaded guilty in the Northern District of California to charges arising out of the same series of events. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves to dismiss the Superseding Indictment against Robledo without prejudice.

Dated:  September 17, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  **September 18, 2020**

*Dale A. Drozd* (signature)
UNITED STATES DISTRICT JUDGE

2